NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEIL F. KEEHN,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5084

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0027, Judge Marian Blank Horn.

---

**ON MOTION**

---

**O R D E R**

Neil F. Keehn moves for an extension of time, until July 29, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

NEIL KEEHN V. US                                                      2

                                          FOR THE COURT


                                           /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk

s21